AO 440 (Rev 6/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-06712

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*


1513933

The summons for *(name of individual and title, if any)*  EXIT REALTY CORP USA

was received by me on *(date)*  8/11/22  .

☐ I personally served the summons on the individual at (place) _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____ at _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual)  LINDA "DOE", General Agent , who is
designated by law to accept service of process on behalf of (name of organization) _____
EXIT REALTY CORP USA   on *(date)* 8/12/22   1:19 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

*Server's signature*

ALAN BISHOP
*Printed name and title*

166-06 24th Road, Whitestone, NY 11357
*Server's address*

Additional information regarding attempted service, etc:
SERVED AT 400 TRADE CENTER, STE#5900, WOBURN, MA 01801
WHITE, FEMALE, BLOND HAIR, 45 YEARS OLD, 5'4", 150LBS

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*