UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Blerta Krasniqi,

                            *Plaintiff*,

- against -

Vataj & Associates Realty Inc. d/b/a Exit Realty
Group, Sonny Vataj, and Anil Soman,

                            *Defendants*.
-------------------------------------------------------------X

Case No.: 22-cv-006712

~~PROPOSED~~ JUDGMENT

      On January 5, 2024, Plaintiff Blerta Krasniqi (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendant Anil Soman in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint against Defendants Anil Soman, Vataj & Associates Realty Inc. d/b/a Exit Realty Group and Sonny Vataj (collectively, the "Defendants") pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: __October 8__, 2025

                                                      SO ORDERED.

                                                      */s/ Cathy Seibel*
                                                      CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.